In the Matter of the Proposed Probate of a Written Instrument Purporting to Be the Last Will and Testament of JOHANNA B. HAUER, Deceased, Late of the Borough of Brooklyn, Kings County, New York.— Decree of the Surrogate's

---

* Formerly Code Civ. Proc. § 829.— [REP.
† See Civ. Prac. Act. § 347; formerly Code Civ. Proc. § 829.— [REP.

Court of Kings county unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.